UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

John M. Calef

    v.                                  Civil No. 11-cv-00526-JL

Citibank, N.A., Trustee, et al.


**ORDER AFTER PRELIMINARY**
**PRETRIAL CONFERENCE**


    The Preliminary Pretrial Conference was held in chambers on **January 23, 2011.**

    Counsel requested that the court facilitate mediation of this case in April, 2012. Defendants' counsel requested that the plaintiff make a specific proposal as soon as possible to enable consideration of the proposal by her large, institutional clients.

    The Discovery Plan (document no. 12) is approved as submitted, with the following changes:

- Challenges to expert testimony - **October 1, 2012**
- Summary judgment deadline - **120 days before final pretrial conference**
- Jury trial - **February, 2013**

**Summary Judgment.**  The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.**  Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: January 23, 2012

cc:  Philip A. Brouillard, Esq.
     Andrew Scott Winters, Esq.
     Mary Ellen Manganelli, Esq.