UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO.: 11-cv-526-JL

JOHN M. CALEF, Trustee of the John M. Calef February 1996 Revocable Trust

Plaintiff,

v.

CITIBANK, N.A., as Trustee for Certificate Holders of Structured Asset Mortgage Investments II Trust, 2007-AR7, Mortgage Pass-Through Certificates Series 2007-AR7, CITIBANK, N.A., JPMORGAN CHASE BANK, N.A., d/b/a EMC MORTGAGE CORPORATION, EMC MORTGAGE, CHASE HOME FINANCE, LLC, CHASE, and AEGIS WHOLESALE CORPORATION,

Defendants.

**DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN SUPPORT OF SUMMARY JUDGMENT IN EXCESS OF TWENTY FIVE PAGES**

Defendants' JPMorgan Chase Bank, N.A. for itself, JPMorgan Chase Bank, N.A. as successor-by-merger to Chase Home Finance, LLC, JPMorgan Chase Bank, N.A. as transferee of servicing from EMC Mortgage, LLC formerly known as EMC Mortgage Corporation and EMC Mortgage, LLC formerly known as EMC Mortgage Corporation ("Chase"), Citibank, N.A. and Citibank, N.A. as Trustee for Certificate Holders of Structured Asset Mortgage Investments II Trust , 2007-AR7, Mortgage Pass Through Certificates Series 2007-AR7 ("Citibank") hereby move this court for leave to file a brief in excess of twenty five pages in support of its motion for summary judgment. As support for this motion, Chase and Citibank state as follows:

1. The Complaint includes six causes of action, some of which are novel questions of law in this federal district. Each cause of action includes a host of allegations that must be addressed to dispose of the claims.
2. Chase and Citibank have made an effort to keep the memorandum of law in support of its motion as brief as possible but the memorandum currently exceeds the twenty five page limit.
3. Chase and Citibank believe that the argument contained in the extra few pages is essential to the court's evaluation of the claims.
4. Chase and Citibank contacted the plaintiff's attorney to seek his assent to this motion. Plaintiff's counsel had no objection to Chase and Citibank seeking this leave from the court.

WHEREFORE, Chase and Citibank respectfully request this court's permission to file a memorandum of law in excess of twenty five pages in support of their motion for summary judgment.

JPMorgan Chase Bank, N.A. for itself, JPMorgan Chase Bank, N.A., as successor-by-merger to Chase Home Finance, LLC, JPMorgan Chase Bank, N.A., as transferee of servicing from EMC Mortgage, LLC formerly known as EMC Mortgage Corporation, EMC Mortgage, LLC formerly known as EMC Mortgage Corporation, Citibank, N.A. and Citibank, N.A. as Trustee for Certificate Holders of Structured Asset Mortgage Investments Ii Trust, 2007-AR7, Mortgage Pass Through Certificates Series 2007-AR7,
By its Attorney,

*/s/ Mary Ellen Manganelli*

Mary Ellen Manganelli, NH Bar #20275
Bulkley, Richardson and Gelinas, LLP
125 High Street

Oliver Street Tower, 16th Floor
Boston, MA 02110
Tel: (617) 368-2500
Fax: (617) 368-2525
Email: mmanganelli@bulkley.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that I conferred by e-mail with counsel for the plaintiff in the captioned matter in a good faith attempt to resolve or narrow the issues raised herein. Plaintiff's counsel did not object to Chase and Citibank seeking this relief.

*/s/ Mary Ellen Manganelli* ________________
Mary Ellen Manganelli

**CERTIFICATE OF SERVICE**

I, Mary Ellen Manganelli, hereby certify that a true and correct copy of the above document was served upon the attorney of record for each other party via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first-class mail, postage prepaid on October 25, 2012.

*/s/ Mary Ellen Manganelli* ________________
Mary Ellen Manganelli