UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John M. Calef

           v.           Civil No. 11-cv-526-JL

Citibank, N.A., Trustee, et al.

O R D E R

The order dated October 25, 2012, informing defense counsel to refile the pleading attached to the Motion for Leave to File a Brief in Support of Summary Judgment in Excess of Twenty Five Pages within 48 hours, is VACATED.

It is herewith ordered that the Motion for Leave to File a Brief in Support of Summary Judgment in Excess of Twenty Five Pages, document no. 19, is granted. New page limit: 30 pages.

SO ORDERED.

October 26, 2012

                                                          Joseph N. Laplante
                                                          Chief Judge

cc:    Philip A. Brouillard, Esq.
       Andrew Scott Winters, Esq.
       Mary Ellen Manganelli, Esq.