```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

John M. Calef

    v.                                                               Civil No. 11-cv-526-JL

Citibank, N.A. et al.


**O R D E R**

Plaintiff's counsel appear before this court frequently. As such, the court expects them to be familiar with and observe the local rules of this court. Counsel are reminded that pursuant to Local Rule 5.1(a), filings shall "be double spaced except for quoted material." Plaintiff's opposition memorandum (documents nos. 24-1, 40-1, 41-1, 42-1, & 42-2) is single-spaced, in clear contravention of this rule. Plaintiff's counsel are cautioned that failure to observe this rule in future cases may result in sanctions. See L.R. 1.3(a).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: February 12, 2013

cc: Philip A. Brouillard, Esq.
    Andrew Scott Winters, Esq.
    Mary Ellen Manganelli, Esq.